UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY, et al.,

    Plaintiffs,

v.                                                                                No. 5:23-CV-236-H

LLANO EQUESTRIAN, LLC,

    Defendant.

## ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 22. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by November 28, 2024.

The plaintiffs' motion for summary judgment (Dkt. No. 15) and the defendant's motion for partial summary judgment (Dkt. No. 18) are denied as moot.

So ordered on October 30, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE